UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT HAYDEN SALAZAR                                                                PLAINTIFF

v.                                          No. 2:23-cv-2125

JAIL ADMINISTRATOR JACOB SHOOK;
SERGEANT ABBY YARBROUGH;
CORRECTIONAL OFFICER DYLAN ROSS;
SERGEANT JOHN GRIFFITH; SERGEANT
JUSTICE CATO; and KATHY ETZEL                                                       DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 10) from Chief United States Magistrate Judge Mark E. Ford. The Magistrate Judge recommends on preservice screening under 28 U.S.C. § 1915A that Plaintiff be permitted to proceed on his 42 U.S.C. § 1983 claims against Jail Administrator Jacob Shook in his official capacity only, but that Plaintiff's remaining claims against all named defendants be dismissed without prejudice. No objections have been filed, and the deadline for objections has passed. The Court has reviewed the record and agrees with the Magistrate Judge. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that all individual-capacity claims against all defendants are DISMISSED WITHOUT PREJUDICE, and that Plaintiff's official-capacity claim is DISMISSED WITHOUT PREJUDICE as to all defendants except Jail Administrator Jacob Shook. All defendants except Shook are TERMINATED as parties to this case. The case remains referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED this 4th day of March, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE