IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**ROBERT HAYDEN SALAZAR**                                                                                   **PLAINTIFF**

V.                                                **CASE NO. 2:23-CV-2125**

**JAIL ADMINISTRATOR JACOB SHOOK**                                                       **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 23) filed in this case on October 31, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the orders of the Court, and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 19th day of November, 2024.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE